AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | )      6:16-mj-1523 |
| | ) |
| ROY THOMAS PHILLIPS | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____8/15 to 3/16 and 9/8/16_____ in the county of _____Orange_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), (e), and 2 | Aiding and abetting the sexual exploitation of children and conspiring to sexually exploit children. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possesion of materials containing child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Kaufman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___9/8/2016___

_____
*Judge's signature*

City and state: _____Orlando, Florida_____

David A. Baker, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                                          **Case No. 6:16-mj-1523**

**COUNTY OF ORANGE**

### AFFIDAVIT

I, Special Agent Kevin Kaufman of the Federal Bureau of Investigation, being duly sworn state:

1.      I have been employed as a Special Agent of the FBI since 2004, and I am currently assigned to the FBI Crimes Against Children/Innocent Images Unit. I have investigated and assisted in the investigation of matters involving child exploitation and child pornography. I have gained experience in conducting these types of investigations through formal training and everyday work relating to conducting these types of investigations. I have also received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, 2422(b), and 2423.

2.      This affidavit is submitted in support of a criminal complaint for the arrest of Roy Thomas PHILLIPS (PHILLIPS). As set forth below, I have probable cause to believe that from at least in or about August, 2015 through in or about March, 2016, PHILLIPS knowingly conspired to, and did, sexually exploit children, in violation of 18 U.S.C. §§ 2251(a), (e) and 18 U.S.C. § 2, and that on or about September 8, 2016, PHILLIPS knowingly possessed material containing child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3.    The statements contained in this affidavit are based in part on information provided by the FBI's Major Case Coordination Unit, and on my own investigation of this matter.  Since I am submitting this affidavit for the limited purpose of supporting a criminal complaint for the arrest of PHILLIPS, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe PHILLIPS committed violations of 18 U.S.C. §§ 2251(a) and (e), 18 U.S.C. § 2, and 18 U.S.C. § 2252A(a)(5)(B).

## ONLINE SEXUAL EXPLOITATION OF CHILDREN VIA WEBCAM AND THE INTERNET

4.    Based on my training and experience, I know one way in which individuals currently exploit children online is through the use of webcams and live streaming of the sexual abuse of children over the Internet.  Based on my training, and conversations with other agents who have experience working child exploitation investigations with ties to the Philippines, this is a practice that is often utilized in the Philippines and other South East Asia countries, and by individuals residing outside of the Philippines who use the Internet to make contact with child sex traffickers within the Philippines.  I have learned that people outside of the Philippines will use a computer, e-mail, instant messaging chat services, and/or a webcam to arrange for the sexual exploitation of minors in the Philippines.  The requesting individual creates the opportunity by sending payment (through an international money transfer service such as Xoom.com, Western Union, or PayPal) to a third party, such as a family member or a pimp in the Philippines, who can facilitate a live show via webcam in which the child disrobes and/or performs sexually explicit acts in front of a webcam in the Philippines that is broadcasted live over the Internet to the individual abroad.

5.      Individuals who send money to the Philippines in exchange for a sexually explicit webcam show use various means of communicating with the minor victim or a third party over the Internet – such as e-mail and instant messenger programs in order to facilitate the shows. E-mail and Instant Messenger programs are often used to groom the minor victim and/or to negotiate and plan the webcam shows.

6.      I also know that the purchasing individuals often find ways to capture the sexual abuse and exploitation, either by recording the live shows onto their computers or taking still photographs (including "screen captures" or "screen shots") of the abuse, which can also be stored on the individual's computer or an electronic storage device.

### PROBABLE CAUSE

7.      On or about March 9, 2016, I obtained a copy of CyberTip Report No. 7953561 filed by Yahoo! Inc. on or about January 10, 2016.   NCMEC received the CyberTip report from Yahoo! Inc. because of chats that Yahoo! Inc. had observed inside the e-mail account, snglcalimale@yahoo.com. The CyberTip report contained Yahoo! Messenger chat conversations between a user of the snglcalimale@yahoo.com account and a user of the Seller Account, mariellaheartyou, to sexually exploit children in the Philippines.  Specifically, the chats, dated August 20, 2015, August 21, 2015, August 22, 2015 and August 28, 2015, contain conversations in which the user of the snglcalimale@yahoo.com account appears to have persuaded, enticed and paid minors in the Philippines to engage in sexually explicit conduct for the purpose of transmitting live visual depictions of the conduct through Yahoo! Messenger and its webcam service. The chats also contain conversations in which they appear to discuss travel to the Philippines to engage in sex acts with minors.

3

8.     Yahoo! Inc. also provided the IP address that was used to login into the snglcalimale@yahoo.com on August 28, 2015. According to Yahoo! Inc., the user had accessed the e-mail account from IP address 207.201.221.134.

9.     I have reviewed the chats. The chats consist of conversations between the user of the snglcalimale@yahoo.com account – snglcalimale -- and the user of the seller account – mariellaheartyou -- who identified herself as a 14-year-old girl living in the Philippines. During the chats I reviewed, it appears that snglcalimale enticed and paid mariellaheartyou to engage in sex acts with minors and to live-stream those sex acts over the Internet through a webcam.

10.     For example, on August 20, 2015, mariellaheartyou told snglcalimale that she was 14, and that she had two girls, ages six and seven, available for live-streaming sex acts. Snglcalimale stated that he liked children ages four to 12, and that "i have a 2 yo i eat out all the time." Snglcalimale offered to pay $100 to watch mariellaheartyou engage in sex acts with a six-year-old girl. The exchange continued:

| | |
|---|---|
| mariellaheartyou@yahoo.com: | <ding> |
| mariellaheartyou@yahoo.com: | hun accept cam shes here |
| snglcalimale@yahoo.com: | try again |
| mariellaheartyou@yahoo.com: | u see her |
| snglcalimale@yahoo.com: | ok |
| mariellaheartyou@yahoo.com: | so wann play with her? |
| snglcalimale@yahoo.com: | yes |
| mariellaheartyou@yahoo.com: | can u tips me first 20 hun in my room |
| mariellaheartyou@yahoo.com: | so we cn start the play |
| mariellaheartyou@yahoo.com: | i will lick her too |
| mariellaheartyou@yahoo.com: | and finger |
| mariellaheartyou@yahoo.com: | and anything u want hun |
| mariellaheartyou@yahoo.com: | <ding> |
| snglcalimale@yahoo.com: | pk |
| snglcalimale@yahoo.com: | ok |
| mariellaheartyou@yahoo.com: | so hun can u tips me now so we can start |
| mariellaheartyou@yahoo.com: | o i see tips hun ok we start now |

| | |
|---|---|
| snglcalimale@yahoo.com: | ok |
| snglcalimale@yahoo.com: | love her |
| mariellaheartyou@yahoo.com: | mmmmmmm |
| mariellaheartyou@yahoo.com: | u like it? |
| snglcalimale@yahoo.com: | oh yes |
| mariellaheartyou@yahoo.com: | mmmmmmmm |
| mariellaheartyou@yahoo.com: | mmmmmmm |
| snglcalimale@yahoo.com: | mmmmmmmmmm |
| mariellaheartyou@yahoo.com: | mmmmmmmmm |
| mariellaheartyou@yahoo.com: | can u tips me more |

11.     Later in the conversation on August 20, 2015, snglcalimale told mariellaheartyou that he planned to travel to the Philippines to engage in sex acts with whatever children she could provide. He said that he would pay "$1,500 USD per girl" and wanted "4 days with each." Snglcalimale arranged to talk to mariellaheartyou and to pay for another live encounter involving the sexual molestation of a child the next day.

12.     On August 21, 2015, snglcalimale communicated with mariellaheartyou through Yahoo! mail and Yahoo! messenger and paid at least $50 to watch mariellaheartyou engage in sex acts with a six-year-old girl. During the apparent live molestation, snglcalimale asked mariellaheartyou "can she take shirt off," "has she sucked cock in real yet bb," and "spread that pussy wide for me." At various times throughout the chat, mariellaheartyou commented, "u like it," "I like eatin' her," "she feels good," and "when du u come here in phills." At the conclusion of the live child molestation, snglcalimale arranged to meet online with mariellaheartyou the next day.

13.     On August 22, 2015, snglcalimale contacted mariellaheartyou and asked who she had with her. Mariellaheartyou replied "my 6y old lil girl." Snglcalimale stated that he wanted to have sex with children under mariellaheartyou's control and asked her the ages of the children she had available. Mariellaheartyou replied that she had

5

children ages six to 14, and then sent pictures of the children to snglcalimale.

Snglcalimale asked, "did the little one with the guy get fucked bb." Mariellaheartyou

replied yes, and stated that the child was nine. Snglcalimale responded, "love that age."

Snglcalimale offered to pay $1000 per child for five days to have sex with the children in

the Philippines and he offered to pay mariellaheartyou a commission of $500 per child.

He said that he wanted to order "maybe 10" girls. Snglcalimale told mariellaheartyou

that he would have a hotel room for her to bring the children.

      14.    Mariellaheartyou stated that she would send him pictures of children to

choose from, and he replied "pic of girl in panties or nude is best so i can see body."

Snglcalimale then paid $100 to apparently watch mariellaheartyou sexually molest "my

lil 6yr old sister" and the following chat, in part, ensued:

| | |
|---|---|
| mariellaheartyou@yahoo.com: | u see? |
| mariellaheartyou@yahoo.com: | fingering mmmmmmmm |
| snglcalimale@yahoo.com: | is she tight bb |
| mariellaheartyou@yahoo.com: | yes |
| snglcalimale@yahoo.com: | does she know I want to fuck her in real |
| mariellaheartyou@yahoo.com: | she feelsa good |
| mariellaheartyou@yahoo.com: | yes |
| mariellaheartyou@yahoo.com: | mmmm |
| mariellaheartyou@yahoo.com: | she glad |
| mariellaheartyou@yahoo.com: | her clit is so hard |
| snglcalimale@yahoo.com: | mmmmmmmm |
| snglcalimale@yahoo.com: | love it bb |
| mariellaheartyou@yahoo.com: | u want to see me fingering too? |
| snglcalimale@yahoo.com: | yes |
| mariellaheartyou@yahoo.com: | ok huynny |
| snglcalimale@yahoo.com: | maybe she can finger you |

      15.    On August 28, 2015, snglcalimale and mariellaheartyou chatted again

through Yahoo!. Mariellaheartyou stated that she had two children, ages four and six,

with her to engage in sexual activity and asked snglcalimale to skype with her.

Snglcalimale stated that his skype name was globalselect. He also asked

mariellaheartyou "take pics of them naked for me." Snglcalimale said his name was Tom PHILLIPS.

16.    On or about January 13, 2016, the FBI sent an administrative subpoena to Yahoo! Inc. requesting subscriber information and IP address login information for the snglcalimale@yahoo.com account during the period from November 1, 2015 to January 13, 2016. Yahoo! Inc. responded that the user provided the name of "Tom PHILLIPS," when the account was registered. Yahoo! Inc. further provided that the snglcalimale@yahoo.com account had been active since October 6, 2000, and a user of the account had logged in from the IP address 207.201.221.134 during the period November 1, 2015 to January 13, 2016. Previously, Yahoo! Inc. had provided in the CyberTipline report that a user of the account had logged into the account from IP address 207.201.221.134 on August 28, 2015. An open source-check of IP address 207.201.221.134 indicated that the IP address was located in Orlando, Florida and was registered to Xspedius Communications Company, which was ultimately acquired by Level 3 Communications.

17.    On or about February 24, 2016, the FBI served an administrative subpoena on Level 3 Communications for subscriber information related to 207.201.221.134 for June 22, 2015 through February 24, 2016. On or about February 24, 2016, Level 3 Communications responded to the administrative subpoena stating the subscriber of IP address 207.201.221.134 was located at 5323 Millenia Lakes Boulevard, Building HGVC 300, Orlando, Florida 32839. Open source checks of PHILLIPS' Facebook page reveal that he is the President of the business located at that address.

18.    On or about April 14, 2016, the FBI executed a federal search warrant on the snglcalimale@yahoo.com account. Based on my review of the e-mails in the account, I believe that from at least in or about 2013 through at least in or about August 2015, PHILLIPS used that account to solicit and pay minor girls in the Philippines to engage in sexually explicit acts and to live-stream the acts or produce and distribute images depicting the acts. PHILLIPS has paid for the material using PayPal, Western Union and MoneyGram, online payment services.

19.    For example, on or about September 7, 2013, PHILLIPS sent an instant message to maemaecute41 to purchase pictures and live-streams of children ages 7, 10 and 13 engaged in sex acts. During the conversation, PHILLIPS agreed to pay for the child pornography using MoneyGram. A review of records received from MoneyGram shows that PHILLIPS wired $100 to an individual in the Philippines on September 7, 2013. During the conversation, PHILLIPS wired an additional $200 through MoneyGram so that he could view four men engaged in sex acts with the children.

20.    On or about January 29, 2014, PHILLIPS engaged in an instant message conversation with naiibanghayop14 during which PHILLIPS sent $100 through MoneyGram in exchange for pictures depicting the sexual abuse of minors. On or about June 23, 2015, PHILLIPS engaged in another instant message conversation with naiibanghayop14 during which he asked her "you still selling young?" Naiibanghayop14 replied that she would give him a "nice show and lots of new pics" of girls, ages 7, 8 and 10, in exchange for payment transmitted over PayPal.

21.     On August 24, 2015, PHILLIPS solicited mariellaheartyou to obtain minor girls to engage in sex acts over the Internet and to send him sexually explicit images of the children.  PHILLIPS wanted to view the children so that he could choose the children he would engage in sexual activity during his next trip to the Philippines.  He offered to pay her $1000.  Mariellaheartyou directed PHILLIPS to send the wire transfer to Mary Grace Manggay in the Philippines.  Western Union records confirm that PHILLIPS sent a $1000 wire transfer # 225112370 to the Philippines from IP address 207.201.221.134 on August 24, 2015.

22.     Later, on August 24, 2015, mariellaheartyou informed PHILLIPS that she could not pick up the Western Union money transfer because her Aunt did not have an identification.  She asked him to make the Western Union out to JessieJames Go, her Uncle.

23.     On August 25, 2015 at 7:27 a.m., PHILLIPS told mariellaheartyou that he already sent the Western Union money transfer # 225112370 in the amount of $1000 to Mary Grace Manggay in the Philippines.

24.     Later, on August 25, 2015, at 8:09 a.m., PHILLIPS asked mariellaheartyou for permission to "rape" the "little ones" and stated "it will hurt the little ones I think so we may have to get them a little drunk first."

25.     On August 27, 2015, mariellaheartyou informed PHILLIPS she had an opportunity to obtain more videos and images of younger girls engaged in sexual intercourse.  PHILLIPS directed her to send the images to his tphillips6469@hotmail.com account and stated that he would send her $1250.  Specifically, on August 27, 2015 at 7:30 a.m., the following conversation occurred:

| | |
|---|---|
| snglcalimale@yahoo.com: | how much does the girl want for the videos |
| mariellaheartyou@yahoo.com: | im the one who will write |
| snglcalimale@yahoo.com: | ok |
| mariellaheartyou@yahoo.com: | so don't worried |
| mariellaheartyou@yahoo.com: | she want 250 bcos a lot vids of fucking with many of her younger realatives |
| mariellaheartyou@yahoo.com: | and also pics |
| snglcalimale@yahoo.com: | ok i will send 1,250.  but I want all the pics and vids |
| mariellaheartyou@yahoo.com: | but if u cant add wat you will send I can manage the payment |
| mariellaheartyou@yahoo.com: | yes hunny |
| snglcalimale@yahoo.com: | love you |
| mariellaheartyou@yahoo.com: | u want me to send in email of u? |
| mariellaheartyou@yahoo.com: | once i get it |
| mariellaheartyou@yahoo.com: | all the pic and vids? Wen i paid it. |
| mariellaheartyou@yahoo.com: | i love u more |
| snglcalimale@yahoo.com: | how ever is best |
| snglcalimale@yahoo.com: | my best email is tPHILLIPS6469@hotmail.com |
| mariellaheartyou@yahoo.com: | ok hunny |

26.     A review of records from Western Union shows that on August 27, 2015, PHILLIPS sent $1250 to JessieJames Go in the Philippines using IP address 207.201.221.134.

27.     A review of records from MoneyGram shows that on the following dates, PHILLIPS wire transferred the following amounts to Mary Grace Manggay in the Philippines: January 5, 2016 - $1200; February 10, 2016 - $2100; May 18, 2016 - $2100; June 15, 2016 - $1000.  PHILLIPS sent the first three transactions from the Wal-Mart located six miles from his home address in Orange County, Florida.

28.     On September 8, 2016, I participated in the execution of a federal search warrant at PHILLIPS' residence located in Orange County, Florida.  At that time, I

interviewed PHILLIPS. PHILLIPS stated that during the past five years, he has communicated with several females in the Philippines through live transmissions over the Internet and paid them to engage in sex acts with children. PHILLIPS said that he used MoneyGram and Western Union to pay for the live transmissions of sexual activity with the children. He also received images and videos showing children engaged in sexual activity. According to PHILLIPS, he saved the images to his Alienware laptop computer.

29.     PHILLIPS admitted to communicating with mariellaheartyou through Yahoo! and text-messaging, and stated that he wired money to her Aunt Mary Grace in exchange for live transmissions of mariellaheartyou "sexualizing" children. PHILLIPS stated about six months ago, he skyped with mariellaheartyou using his globalselect skype account and that during the skype transmission, he viewed a child engaging in sexual activity.

30.     PHILLIPS said that during his skype conversations, he used the screen capture feature to capture still images of the children engaging in sexual activity.

31.     During the execution of the search warrant, a computer forensic examiner conducted a preliminary examination of PHILLIPS' Alienware laptop computer and located numerous screen captures of children engaged in sexual activity in a folder, C:/users/Tom/Appdata/roaming/skype/globalselect/pictures. I viewed the screen captures and they show prepubescent girls engaged in sexual activity, including masturbation, oral sexual activity with an adult female, and lascivious depictions of their naked vaginas. In another skype subfolder, entitled media_cache_v3, I observed graphics showing naked prepubescent girls, toddlers and an infant with their legs

spread exposing their naked vaginas. In a different folder, I observed a video showing an adult male ejaculating on a prepubescent girl, a video of a girl about four years-old being made to engage in oral sex with an adult male, and a video of an adult male penetrating a prepubescent child with his penis.

## CONCLUSION

32.     Based on the foregoing, I submit that there is probable cause to believe that from at least in or about August 2015 through in or about March 2016, in Orange County, Florida, PHILLIPS knowingly conspired to, and did, sexually exploit children, in violation of 18 U.S.C. §§ 2251(a), (e) and 18 U.S.C. § 2, and that or about September 8, 2016, PHILLIPS knowingly possessed material containing child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Further your Affiant sayeth not.

Kevin Kaufman, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this ___8th___ day of September, 2016.

David A. Baker
United States Magistrate Judge

12